**DENY; and Opinion Filed February 15, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

### No. 05-19-00171-CV

_____

### IN RE VENKY VENKATRAMAN, Relator

**Original Proceeding from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-04-11968**

# MEMORANDUM OPINION

Before Justices Brown, Molberg, and Reichek
Opinion by Justice Brown

This original proceeding is one of multiple proceedings filed in relation to the underlying suit affecting the parent-child relationship. Relator's appeal of the trial court's December 15, 2017 "Order in Suit Affecting the Parent-Child Relationship Nunc Pro Tunc" is pending in this Court as cause number 05-17-01486-CV. Here, relator complains of a January 15, 2019 unsigned "memorandum ruling" in which the trial court granted relator unsupervised possession and access twice a month for a total of three hours per month. Relator complains that that the January 15 ruling is not supported by legally or factually sufficient evidence.

To be entitled to mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Based on the record before us, we conclude relator has not shown he is entitled to the relief requested. Accordingly, we deny relator's

petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a) (the court must deny the petition if the court determines relator is not entitled to the relief sought).

/Ada Brown/
ADA BROWN
JUSTICE

190171F.P05